IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON NIXON,** <br><br> Petitioner, <br><br> v. <br><br> **RAUL MORALES,** <br><br> Respondent. | Case No. 2:24-cv-01531-KJM-DMC-P <br><br> **ORDER** |

    Respondent has moved for a 30-day enlargement of time to file an Answer to Petition for Writ of Habeas Corpus. <u>See</u> ECF No. 11. GOOD CAUSE APPEARING based on counsel's declaration indicating the need for additional time to research and draft the answer, IT IS ORDERED that Respondent's request is granted. The Answer to Petition for Writ of Habeas Corpus shall be filed on or before October 2, 2024.

Dated: August 1, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE