IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON NIXON,<br><br>        Petitioner,<br><br>   v.<br><br>RAUL MORALES,<br><br>        Respondent. | No. 2:24-CV-1531-KJM-DMC-P<br><br><br><u>ORDER</u> |

        Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court are: (1) Respondent's motion for leave to file a late answer, ECF No. 15; and (2) Petitioner's motion for an extension of time to file a traverse, ECF No. 16.  Good cause appearing therefor, both motions will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Respondent's motion for leave to file a late answer, ECF No. 15, is granted.

2. The answer filed on October 9, 2024, is deemed timely.

3. Petitioner's motion for an extension of time to file a traverse, ECF No. 16, is granted.

4. Petitioner's traverse is due within 60 days of the date of this order.

Dated: November 8, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2