1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     BRANDON NIXON,                          No.  2:24-CV-1531-KJM-DMC-P

12                    Petitioner,

13          v.                                 <u>ORDER</u>

14     RAUL MORALES,

15                    Respondent.

16

17          Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas

18     corpus pursuant to 28 U.S.C. § 2254.   Pending before the Court is Petitioner's renewed motion

19     for the appointment of counsel, ECF No. 18.

20          There currently exists no absolute right to appointment of counsel in habeas

21     proceedings.  <u>See</u> <u>Nevius v. Sumner,</u> 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C.

22     § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice

23     so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the Court does

24     not find that the interests of justice would be served by the appointment of counsel.  Petitioner's

25     prior motion for the appointment of counsel was denied without prejudice to renewal following

26     the filing of an answer.  The docket reflects that an answer was filed on October 9, 2024.  <u>See</u>

27     ECF No. 14.  In the renewed motion, Petitioner asks that the Court reconsider the prior denial

28     and approve his original request.  <u>See</u> ECF No. 18.  In the original request, Petitioner stated

1    "Requesting legal counsel" without providing any reasons warranting the appointment of

2    counsel.  The renewed motion will, therefore, be denied without prejudice to renewal

3    accompanied by an explanation of the reasons Petitioner believes warrant the appointment of

4    counsel in this case.

5              Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment

6    of counsel, ECF No. 18, is denied without prejudice.

7

8    Dated:  November 25, 2024

9                                                        _____
                                                              DENNIS M. COTA
10                                                           UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28