IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON NIXON, | No. 2:24-CV-1531-KJM-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| RAUL MORALES, | |
| Respondent. | |

Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion for a 180-day extension of time to file a traverse. <u>See</u> ECF No. 21. Good cause appearing therefor based on Petitioner's declaration indicating the need for additional time due to a mandatory training course for a new job, Petitioner's motion will be granted in part. The Court will permit a 90-day extension of time to file a traverse.

///
///
///
///
///
///

1

1       Accordingly, IT IS HEREBY ORDERED as follows:

2       1.    Petitioner's motion for a 180-day extension of time to file a traverse is

3 granted in part.

4       2.    Petitioner's traverse is due within 90 days of the date of this order.

6 Dated: January 22, 2025

                                    DENNIS M. COTA
                                    UNITED STATES MAGISTRATE JUDGE