IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON NIXON,<br><br>  Petitioner,<br><br>  v.<br><br>RAUL MORALES,<br><br>  Respondent. | No. 2:24-CV-1531-KJM-DMC-P<br><br>ORDER |

Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 29, 2025, the magistrate judge filed findings and recommendations, which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. *See* ECF No. 26. Timely objections to the findings and recommendations have been filed as well as a response. *See* ECF Nos. 27, 29. Petitioner has also attempted to file a reply to respondent's response, but such a filing is not allowed under Federal Rule of Civil Procedure 72 and Local Rule 304 and petitioner did not seek leave from the court to make such a filing. The court thus has not taken petitioner's reply into consideration when deciding whether

/////

/////

1

or not to adopt the magistrate judge's findings and recommendations. Petitioner also requested oral argument on his petition. *See* ECF No. 25. That request is denied as the court deems oral argument to be unnecessary to determine whether to grant petitioner relief. *See* E.D. Cal. L.R. 230(g).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

As provided by Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the court has considered whether to issue a certificate of appealability. Before Petitioner can appeal this decision, a certificate of appealability must issue. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). Where the petition is denied on the merits, a certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. *See* Fed. R. App. P. 22(b). Where the petition is dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" *Morris v. Woodford,* 229 F.3d 775, 780 (9th Cir. 2000) (quoting *Slack v. McDaniel*, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)). For the reasons set forth in the Magistrate Judge's findings and recommendations, the Court finds that issuance of a certificate of appealability is not warranted in this case.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 29, 2025, ECF No. 26, are adopted in full.

2. Petitioner's petition for a writ of habeas corpus, ECF No. 1, **is denied**.

3. Petitioner's request for oral arguments, ECF No. 25, **is denied**.

3. The court declines to issue a certificate of appealability.

4. The Clerk of the Court is directed to enter judgment and close this file.

This order resolves ECF Nos. 25, 26.

IT IS SO ORDERED.

DATED: September 18, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE